## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DISTRICT

GEORGE MASGAY  
and CATHERINE MASGAY                    *

      Plaintiffs,                               *

      v.                                            *     Civil Action No. AW-09-1367

BUREAU OF COLLECTION RECOVERY          *
INC.,  
      Defendant.                               *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

The Court has been advised that the Plaintiffs stipulate to the dismissal of Defendants with prejudice, without costs, pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, IT IS this **29th day of June, 2009**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

The Defendant is hereby **DISMISSED**, with prejudice.

IT IS FURTHER **ORDERED** that:

    1.    That the Clerk of the Court **close** this case; and

    2.    The Clerk of the Court shall transmit copies of this Order to all counsel of record.

                                                                                          /s/  
                                                                Alexander Williams, Jr.  
                                                                United States District Court Judge